UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN S. ESPARZA, | 1:13-cv-00593-GSA (PC) |
| Plaintiff, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE |
| v. | |
| MARGARET MIMS, | |
| Defendant. | |
| _____/ | |

To the Fresno County Sheriff, 1225 M Street, Fresno, California 93712:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Sheriff, or her designee, is required to send to the Clerk of the Court payments from plaintiff's account at the Fresno County Jail each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Fresno County Sheriff or her designee shall collect payments from plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income

1 credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court
2 each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2),
3 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments
4 shall be clearly identified by the name and number assigned to this action.

5      2. The Clerk of the Court is directed to serve a copy of this order and a copy of
6 plaintiff's in forma pauperis affidavit on the Fresno County Sheriff, 1225 M Street, Fresno,
7 California 93712.

8      3. The Clerk of the Court is directed to serve a copy of this order on the Financial
9 Department, U.S. District Court, Eastern District of California, Fresno Division.

10   IT IS SO ORDERED.

11   **Dated:  May 2, 2013**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE